IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DAVID M. ROGOWSKI, ELIZABETH A. BALLY, KATHY BAUER, KIM BOTTE, JOHN E. JAUNICH, MYLENE MCCLURE *as personal representative of* THE ESTATE OF EARL L. MCCLURE, RONALD K. PAGE, CHANDRA B. SINGH, JOYCE THOMAS, DAVID TOMS, and WILLIAM T. WHITMAN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY and STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY,<br><br>Defendants. | Case No. 4:22-cv-00203-RK |

## AMENDED PROPOSED NOTICE TO SETTLEMENT CLASS

Pursuant to the Court's request that Plaintiffs submit an amended proposed Notice to the Settlement Class to make certain non-substantive edits and revisions for consistency and readability, Plaintiffs respectfully submit the attached amended Notice, and for the reasons set forth in Plaintiffs' Unopposed Motion Pursuant to Rule 23(e) for Preliminary Approval of Class Action Settlement, request that the Court approve this form of notice. *See* Doc. 47 at 45-47.

| | |
|---|---|
| Date: December 2, 2022 | **STUEVE SIEGEL HANSON LLP**<br><br>/s/ *Norman E. Siegel*<br>Norman E. Siegel<br>siegel@stuevesiegel.com<br>Bradley T. Wilders<br>wilders@stuevesiegel.com<br>Lindsay Todd Perkins<br>perkins@stuevesiegel.com<br>Ethan M. Lange<br>lange@stuevesiegel.com<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>Fax: 816-714-7101<br><br>**MILLER SCHIRGER, LLC**<br>John J. Schirger<br>jschirger@millerschirger.com<br>Matthew W. Lytle<br>mlytle@millerschirger.com<br>Joseph M. Feierabend<br>jfeierabend@millerschirger.com<br>4520 Main Street, Suite 1570<br>Kansas City, Missouri 64111<br>Tel: 816-561-6500<br>Fax: 816-561-6501<br><br>Attorneys for Plaintiffs and the Putative Settlement Class |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Norman E. Siegel*
Attorney for Plaintiffs and the Putative Class