IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DAVID M. ROGOWSKI, ELIZABETH A. BALLY, KATHY BAUER, KIM BOTTE, JOHN E. JAUNICH, MYLENE MCCLURE *as personal representative of* THE ESTATE OF EARL L. MCCLURE, RONALD K. PAGE, CHANDRA B. SINGH, JOYCE THOMAS, DAVID TOMS, and WILLIAM T. WHITMAN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY and STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY,<br><br>Defendants. | Case No. 4:22-cv-00203-RK |

## SECOND AMENDED PROPOSED NOTICE TO SETTLEMENT CLASS

Pursuant to the Court's request, Plaintiffs submit a seconded amended proposed Notice to the Settlement Class. Plaintiffs respectfully submit the attached second amended Notice, and for the reasons set forth in Plaintiffs' Unopposed Motion Pursuant to Rule 23(e) for Preliminary Approval of Class Action Settlement, request that the Court approve this form of notice. *See* Doc. 47 at 45-47.

Date: December 14, 2022

**STUEVE SIEGEL HANSON LLP**

*/s/ Norman E. Siegel*
Norman E. Siegel
siegel@stuevesiegel.com
Bradley T. Wilders
wilders@stuevesiegel.com
Lindsay Todd Perkins
perkins@stuevesiegel.com
Ethan M. Lange
lange@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

**MILLER SCHIRGER, LLC**
John J. Schirger
jschirger@millerschirger.com
Matthew W. Lytle
mlytle@millerschirger.com
Joseph M. Feierabend
jfeierabend@millerschirger.com
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

Attorneys for Plaintiffs and the Putative Settlement Class

2