# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

DAVID M ROGOWSKI, INDIVIDUALLY )
AND ON BEHALF OF ALL OTHERS )
SIMILARLY SITUATED, ET AL., )
                              Plaintiffs, )    Case No. 4:22-cv-00203-RK
                              v. )

STATE FARM LIFE INSURANCE )
COMPANY, STATE FARM LIFE AND )
ACCIDENT ASSURANCE COMPANY, )
                              Defendants. )

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and consistent with the Order granting final approval of the class action settlement and awarding attorney's fees, costs, expense, and service awards (Doc. 66), the Court enters final judgment and hereby dismisses with prejudice the Action and Released Claims[1] as to the following Settlement Class:

> The persons or entities who own or owned one or more of approximately 760,000 Policies issued or administered by State Farm or its predecessors in interest on Form 94030/A94030 or Form 94080/A94080. The Settlement Class is made up of the Owners of the Policies on the Class List.[2]

The Settlement Class Representatives and Settlement Class Members are hereby permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or related to the Released Claims. Each party shall bear their own costs except as provided in the Court's Order Granting Final Approval of Class Action Settlement and Awarding Attorney's Fees, Costs, Expenses, and Service Awards.

---

[1] Capitalized terms shall have the same meaning as defined in the Settlement Agreement unless stated otherwise. (*See* Doc. 47-1.)

[2] The Settlement Class excludes State Farm; any entity in which State Farm has a controlling interest; any of the officers or board of directors of State Farm; the legal representatives, heirs, successors, and assigns of State Farm; anyone employed with Plaintiffs' counsel's firms; any Judge to whom this Action or a Related Action is assigned, and his or her immediate family; and the persons who timely and properly excluded themselves from the Settlement Class, as identified on Exhibit A attached hereto.

This Court retains jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Settlement Agreement, the Court's Order granting final approval and awarding fees and costs, and this Final Judgment.

**IT IS SO ORDERED.**

                                                     s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 21, 2023

# EXHIBIT A



**Exclusion Report - Rogowski v State Farm**

| Number | Name | Last 4 of Policy Number(s) |
|---|---|---|
| 1 | Gary Dalton | 8108 |
| 2 | Ashlee K Biondo | 8134 |
| 3 | Brantley W Ross | 2621 |
| 4 | Shirley Thayer | 7807 |
| 5 | Wesley Martin | 4308 |
| 6 | Jennifer G Bledsoe | 8216, 4587 |
| 7 | Jennifer M Smith | 1894 |
| 8 | Tammy Feddick | 8146 |
| 9 | Gloria Roepke | 8939 |
| 10 | Elyse Kulka | 6038 |
| 11 | Glen Gallmeister | 5575 |
| 12 | Estate of Robert H Price | 7375 |
| 13 | Diane Cook | 9614 |
| 14 | Lynne L Ornes | 6496 |
| 15 | David L Johnston | 5580 |
| 16 | David McNickle | 5432 |
| 17 | Bobbie A Olson | 0792 |
| 18 | Sara T Bowie | 0693 |
| 19 | Garris Wilcox | 3645 |
| 20 | Andrea Carter | 1260 |
| 21 | Annette Grant | 4045 |
| 22 | Brian L Byrnes | 3414 |
| 23 | Daniel Rush | 7846 |
| 24 | Annie Freeman | 6603 |
| 25 | Glicenia Logan | 3737, 3741, 3746 |
| 26 | Joe Marrs | 4045 |
| 27 | James E Aikens | 3951 |
| 28 | Nony Lukito Lim | 2941 |
| 29 | Xin Yi Pan | 0427 |
| 30 | Tami R Bogert Yuill | 5447 |
| 31 | R Scott Yuill | 1750 |
| 32 | Kimberly Polanski | 2607 |
| 33 | Estate of Gerald L Norwood | 8103 |
| 34 | Kraig Free | 1590 |
| 35 | Jenny Shaw | 0516, 2955, 9308 |
| 36 | Rose Ogburn | 2788 |
| 37 | Janice Callahan | 5471 |
| 38 | Lorna N Thurston Irrev Trust | 0696, 5349 |
| 39 | Tania Zaliznock | 7809 |
| 40 | Stevie See | 8651 |
| 41 | Bret Jones | 9684 |
| 42 | Daniel Ray Chaddrick | 0251 |